*Clerks Attention ADDENDUM*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM PHILIP CAMP JR. | CASE No. ~~04-00251-CR-WTM-4~~ **07-224 RMC** |
| Petitioner, | RE: CASE No. 07CV00224 |
| vs. | Judge: RMC |
| ALBERTO GONZALES, ESQ., ATTORNEY GENERAL FOR THE "UNITED STATES," | PETITION FOR COMMON LAW WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY |
| and | |
| HARLEY G. LAPPIN, DIR., FEDERAL BUREAU OF PRISONS, | TITLE 28 U.S.C. §2241 |
| Respondents. | |

**RECEIVED FEB 8 - 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CONVICTION UNDER ATTACK

1. Name and location of the court which entered the judgement of conviction under attack:
   **U.S. District Court Southern District of Georgia (Savannah)**

2. Date of judgment of conviction was entered: **April 20, 2004**

3. Case number: **04-00251-CR-WTM-4**

4. Type and length of imposed sentence: **46 months**

5. Are you presently serving a sentence imposed for a conviction other than the conviction under attack? ___ Yes **X** No

6. Nature of the offense involved (all counts): **Title 18 §922(g)(1)**

7. What was your plea?
   (check one) ___ Not Guilty **X** Guilty ___ Nolo Contendere

///// - 1 Petition for Common Law Writ of Habeas Corpus

8. If you entered a plea of guilty to one count of indictment, and a not guilty plea to another count of indictment give details: **N/A**

9. If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement: **N/A**

10. Kind of trial (check one): ___ Jury ___ Judge Only **N/A**

11. Did you testify at trial? ___ Yes **X** No

### DIRECT APPEAL

12. Did you appeal from the judgment of conviction? ___ Yes **X** No

13. If you did appeal, give the name and location of the court's decision (or attach a copy of the court's opinion or order): **N/A**

14. If you did not appeal, explain briefly why you did not appeal: **Attorney failed to file**

    (a) Did you seek permission to file a late appeal? ___ Yes **X** No

### POST-CONVICTION PROCEEDINGS

15. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court? ___ Yes **X** No

16. If your answer to 15 was "Yes," give the following information **N/A**

### CLAIMS

17. State concisely every claim that you are being held unlawfully for. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in the application all claims for relief which relate to the conviction under attack.

///// - 2 PETITION FOR COMMON LAW WRIT OF HABEAS CORPUS

In order to proceed in federal court, you ordinarily must exhaust the administrative remedies available to you as to each claim on which you request action by the federal court.

CLAIM ONE:

Ineffective assistance of counsel

1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim):
Counsel failed ab initio to raise or challenge any of the issues presented herein.

2) Did you seek administrative relief as to claim one?
___ Yes  _X_ No
We have administrative grievance to redress the challenges raised herein. Bureau of Prisons (BOP) is compelled to abide by judgment order of the court.

CLAIM TWO:

Lack of Federal Legislative Jurisdiction over the Locus in quo.

1) Supporting Facts: (Without citing legal authorities or arguments state briefly the facts in support of this claim):
See, Attached Memorandum of Law with Incorporated Points and Authorities.

2) Did you seek administrative relief as to claim two?
___ Yes  _X_ No
If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief:
We have administrative grievance to redress the challenge raised herein. Bureau of Prisons (BOP) is compelled to abide by judgment order of the court.

CLAIM THREE:

Lack of Federal Subject Matter jurisdiction over the alleged prohibitive conduct - want of Commerce Nexus.

///// - 3 PETITION FOR COMMON LAW WRIT OF HABEAS CORPUS

1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim):
<u>See, Attached Memorandum of Law with Incorporated Points and Authorities.</u>

2) Did you seek administrative relief as to claim three?
___ Yes   <u>X</u>  No
If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief.
<u>We have administrative grievance to redress challenges raised herein. Bureau of Prisons (BOP) is compelled to abide by judgment order of the court.</u>

**CLAIM FOUR:**

<u>Mis-application of Federal Law, where such is unenacted unpromulgated and unimplemented.</u>

1) Supporting Facts: (Without citing legal authorities or argument state the facts in support of this claim).
<u>See, Attached Memorandum of Law with Incorporated Points and Authorities.</u>

2) Did you seek administrative relief as to claim four?
___ Yes   <u>X</u>  No
If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief.
<u>We have administrative grievance to redress the challenges raised herein. Bureau of Prisons (BOP) is compelled to abide by judgment order of the court.</u>

18. Do you have any petition, application, motion or appeal now pending in any court either state or federal, regarding the conviction under attack?   ___ YES   <u>X</u>  No
If "Yes," state the name of the court, case file number (if known), and the nature of the proceeding.
**N/A**

///// - 4 PETITION FOR COMMON LAW WRIT OF HABEAS CORPUS

19. State briefly why you believe that the remedy provided by 28 U.S.C. §2255 (Motion to Vacate Sentence) is inadequate or ineffective to test the legality of your detention.

<u>Because the Legislative Territorial Court wherein the issues now complained of arose, lacks the Constitutional authority to entertain and to adjudicate the issue herein, thus a §2255 Motion is inadequate and inappropriate.</u>

**WHEREFORE**, applicant, William Phillip Camp, Jr., prays that the court GRANT him such relief to which he may be entitled in this proceeding.

Date: 12-27- ,2006

Respectfully Submitted by:

*William Philip Camp Jr.*

WILLIAM PHILIP CAMP JR./Pro-Se
Reg. No. 10940-021

///// - 5 Petition for Common Law Writ of Habeas Corpus