UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM PHILIP CAMP, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 07-0224 (RMC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the petition is DISMISSED without prejudice, and it is further

ORDERED that the "Motion to Request Judicial Notice" [Dkt. #2] is DENIED as moot.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

*/s/ Rosemary M. Collyer*
ROSEMARY M. COLLYER
United States District Judge

Date: 3/6/07