UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILLIAM PHILIP CAMP, JR., | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 07-0224 (RMC) |
| ALBERT0 GONZALES, *et* al., | ) | |
| Respondents. | ) | |

### ORDER

It is hereby

ORDERED that petitioner's Motion for Reconsideration on Memorandum Option and Order [#6] is DENIED.

SO ORDERED.

Date: 29 May 2007

ROSEMARY M. COLLYER
United States District Judge